FILED & JUDGMENT ENTERED
Steven T. Salata

April 13 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

*Laura T Beyer*
Laura T. Beyer
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| STEPHEN SHAWN SMITH | ) | Chapter 13 |
| SSN:   XXX-XX-9970 | ) | Case No. 13-50927 |
| Debtor. | ) | |
| | ) | |

### ORDER EMPLOYING SPECIAL COUNSEL

THIS MATTER is before the Court on the Debtor's motion to employ Laura M. Cobb as special counsel ("Counsel").  The Court has reviewed the Motion and finds that:

1. The Debtor filed a Chapter 13 petition with this Court on October 30, 2013.

2. The Debtor is allowed to employ Counsel as special counsel to continue representing him in connection with an appeal of a North Carolina State Court decision in a pending domestic case.

3. Retention of Counsel is in the best interest of the Debtor and his creditors in order to ensure progress in the case.   Attached to the Motion is an Affidavit of Counsel.  The retention fee was paid by the Debtor's family.

4. The Debtor is unaware of any adverse interest held by Counsel.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Debtor is allowed to employ Counsel to represent the Debtor as special counsel for the purposes set forth above.

This Order has been signed electronically.  The judge's signature and court's seal appear at the top of the Order.

United States Bankruptcy Court